**Clarence BONDS, Plaintiff–Appellant**

v.

**ALLIANCE BANK; Tom Seller; Breit Price; Sam Hall; Kenneth Hall; Paula Shiroma Bender, Defendants–Appellees.**

No. 07–40272
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 2, 2007.

Clarence Bonds, Sulphur Springs, TX, pro se.

William Thomas Allison, II, Sulphur Springs, TX, Kevin J. Cook, Payne & Blanchard, Michael Alan Yanof, Stinnett,

---

Thiebaud & Remington, Dallas, TX, for Defendants–Appellees.

Before REAVLEY, SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM: *

This court has read Clarence Bonds' complaints against the six defendants and the voluminous papers filed in the record, and we have to conclude that he has not raised any claim under the federal law. The magistrate judge in his report on February 7 explains the reasons for this. Judge Schneider considered the claims and concurred with the magistrate judge. Federal law for the reasons already stated allows no jurisdiction or provision for any claim Bonds has made.

The judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.